IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04032-FJG-1 |
| | ) | |
| DWASHAN T. THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation (Doc. #7 filed July 12, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to the Counts 1thru 4 of the Indictment filed March 3, 2011, is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

   /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: August 3, 2011
Kansas City, Missouri